UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| CITIZENS INSURANCE COMPANY OF THE MIDWEST, an Indiana Corporation, as Subrogee of William Magee, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 3:11-cv-40-RLY-WGH |
| LG ELECTRONICS, USA, INC., a New Jersey Corporation, and SEARS ROEBUCK & COMPANY, a New York Corporation, | ) ) ) ) | |
| Defendants. | ) | |

## MAGISTRATE JUDGE'S ORDER
## ON VARIOUS FILINGS

This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on three filings, specifically:

(1) Plaintiff's Corrections and Additions to the December 27, 2011 Order (Docket Entry 62), filed January 4, 2012 – Docket No. 63;

(2) Defendants' Corrections and Additions to the Court's December 27, 2011 Order (Docket Entry 62) and Objections to Plaintiff's Proposed Corrections and Additions Filed on January 4, 2012, filed January 12, 2012 – Docket No. 66; and

(3) Plaintiff's Objections to Defendants' Proposed Corrections and Additions to the December 27, 2011 Order (Docket Entry 62), filed January 16, 2012 – Docket No. 67.

The Magistrate Judge, being duly advised, now declines to correct or make additions to the Court's December 27, 2011 Order.

-2-

The December 27, 2011 Order arose out of a status conference in this case.  There was no specific motion to compel pending before the court at that time.  The Magistrate Judge did allow certain additional discovery devices to be served and issued certain orders which were intended to expedite certain limited portions of discovery in this case prior to the settlement conference which is currently set for February 1, 2011.  It was the intention of the Magistrate Judge that certain critical information be assembled prior to the settlement conference which would allow full and frank settlement discussions to occur on that date.  It was the Magistrate Judge's intention that in the event this matter could not be settled at the settlement conference, a review of the status of discovery would be made at that time and a final order would issue more specifically addressing the scope of discovery necessary for the completion of the litigation.  Until that settlement conference has occurred, there is no reason to amend the prior order.  Therefore, the parties' requests to amend the December 27, 2011 Order are **DENIED.**

   **SO ORDERED.**

**Dated:**  January 23, 2012

William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Electronic copies to**:

Michael J. Black
BLACK & MOSS, P.C.
mikeb@bdlaw.us

Stephen M. Brandenburg
JOHNSON & BELL, LTD.
brandenburgs@jbltd.com

Cecilio L. Franco IV
JOHNSON & BELL, LTD.
francoc@jbltd.com

Edward W. Hearn
JOHNSON & BELL
hearne@jbltd.com

Mickey J. Lee
STEWART & IRWIN P.C.
mlee@silegal.com

Mary F. Schmid
STEWART & IRWIN
mschmid@stewart-irwin.com