# EXHIBIT C





# Kentucky Service Center

## William C. Mers Kelly, PE
*Senior Forensic Engineer*

Louisville, Kentucky
(502) 243-3110

**EDUCATION:**

Covington Latin School, Covington Kentucky
University of Cincinnati, Cincinnati, Ohio

**EXPERIENCE:**

**Unified Investigations & Sciences, Inc.**
Forensic Engineer – 2007 to Present

**MedVenture Technology Corporation**
Senior Program Manager    1989 – 2007

One of the original founders.
Responsibilities included program management/functional manager with engineering direct reports, design engineering, failure and risk analysis, quoting, product and process development, manufacturing, procurement, and supporting development/training of initial quality system through FDA approval and ISO certifications.

Updated 8/2011

**EXPERIENCE (CON'T):**

**Slush Puppie Corporation**

Chief Engineer    1991 – 1993

Responsibilities included designing, transferring, and managing production of a new line of slush machines from Freund Precision to The Delfield Corporation in Mount Pleasant, MI.

Managed international equipment support to include design, manufacture, procurement, regulatory listings, failure analysis, parts, personnel, equipment, repair, documentation, training, design updates, and implementation.

**Freund Precision/Freund Medical**

Commercial Business Manager    1986 – 1991

Responsible for design and manufacturing of commercial products and equipment.

Responsibilities included managing Design Engineering group to reverse engineer/electro/mechanical spare parts for DESC (Defense Electronics Supply Center) at Wright Patterson Air Force Base in Dayton, Ohio, and design, develop, manufacture, and commercialize medical devices and commercial equipment.

**Technology Incorporated**

Project Engineer    1985 – 1986

Responsibilities included bidding and leading teams to successfully design and implement aircraft modifications for the 4950th Test Wing based at Wright Patterson Air Force Base.

**Enginetics**

Design Engineer    1983 – 1985

Responsibilities included design, testing, and overseeing production of 9g Aft Facing Seats for C5B troop compartment including NASTRAN finite element analysis, hand analysis, documentation, and formal reports.

**Specialized Training:**

- Fire Findings, Investigating Solid Fuel-Burning Appliance Fires 2009, 16 hours Tested
- Mike Holt, 101 Essential NEC Rules & Key 2008 NEC Rules, 09/09/09, 8 Hours
- Fire Findings, Investigation of Residential Dryer Fires, Benton Harbor, MI, May 2008, 16 hours Tested
- Fire Findings, Investigation of Gas and Electric Appliance Fires, Benton Harbor, MI, November 2007, 30 hours Tested
- Motor Vehicle Air Conditioning refrigerant recovery and recycling equipment certification, esco institute, Mount Prospect, IL, December 2003 Tested.
- Motorcycle Accident Reconstruction, Kenneth S. Obenski, P.E.
- Traffic Accident Reconstruction, Lynn B. Fricke, Northwestern University Center for Public Safety

**FAMILIAR TECHNOLOGIES:**

<u>Commercial and Residential Appliances & Lighting</u> – Environmental Control Systems, Computers, Washers, Dryers, Fans, Stoves, Ovens, Toasters, Entertainment, etc

<u>Vehicles</u> – Automotive, commercial, and recreational

<u>Air Conditioning and Refrigeration Equipment</u> – Chillers, Cooling Towers, Heat Pumps, Package Units, Compressors, Condensers, Evaporators, Ammonia Systems

<u>Commercial Heating Equipment</u> – Boilers, Unit Heaters, Heat Exchangers, Furnaces, Piping, Blowers, Ducting & Controls

<u>Fire Protection Equipment</u> – Sprinkler Heads, Piping, Fire Pumps, Alarm Systems

<u>Gas (Natural/Propane/LP) Equipment</u> – Heaters, Regulators, Piping, Grills, Controls

<u>Lawn and Garden Equipment</u> – Mowers, Tillers, Lawn/Garden Tractors, Snow Blowers, Pressure Washers, Trimmers, Chain Saws, Residential Generators

<u>Hydraulic and Pneumatic Equipment</u> – Pumps, Air Compressors, Valves, Cylinders, Pressure Regulators, Filters, Tanks, & Controls

<u>Manufacturing Shop Equipment</u> – Machining, Lathes, Grinders, Mills, Saws, Forklifts, Hand Tools, Power Tools

<u>Material and Equipment Analysis</u> – Equipment Failure Analysis, Accident Analysis

<u>Plumbing Equipment</u> – Piping, Fixtures, Tubing/Hoses, Valves, Regulators

<u>Residential Equipment</u> – Heating Equipment, Air Conditioning Appliances, & Controls

**FAMILIAR TECHNOLOGIES (CON'T):**

<u>Manufacturing Plant & Facility Systems/Equipment</u> – Production & Process Line Flows, Preventative Maintenance, Predictive Maintenance, Engineering Management, Administrative Systems, Facilities Infrastructure Equipment, Building Services Equipment, Plant Energy Conservation, Plant Safety & Accident Analysis, Plant Security Systems, Plant HVAC Systems, Plant Water Systems, Sanitary & Storm Sewerage Systems, Facility Design & Layout.

<u>Manufacturing Processing Equipment (Industrial/Commercial)</u> – Storage Tanks, Storage Silos, Bulk Material Handling Systems, Liquid Material Handling Systems, Meters, Pumps, Controls, Motor Drives, Mixers, Screw Conveyors, Belt Conveyors, Bucket Conveyors, Mesh Conveyors, Metal Detectors, Checkweighers, Wrapping Machines, Cartoning Machines, Palletizers, Bundling Machines, Automatic Storage & retrieval Systems, Transformers, Switch Gear, Controls, Lighting, Material Handling Equipment.

**PATENTS:**

Awarded 20 US Patents to date, others pending:

| | |
|---|---|
| 4,760,846 | Radial Artery Clamp |
| 5,084,060 | Apparatus for Enlarging a Vessel or Clearing Obstructive tissue from a vessel according to vessel compliance. |
| 5,352,211 | External Stability Device |
| 5,540,237 | Body Tissue Suspension Device |
| 5,681,742 | Biological Specimen Containment & Incubation Device |
| 5,769,871 | Embolectomy Catheter |
| 5,827,174 | Biological Specimen Containment & Incubation Device |
| 5,860,993 | Suture Cutter |
| 5,919,199 | Suture Device |
| 5,928,935 | Biological Specimen Containment & Incubation Device |
| 6,033,358 | Biological Specimen Containment Arrangement |
| 6,036,717 | Embolectomy Catheter |
| 6,042,583 | Bone anchor-insertion tool & surgical method employing same |
| 6,283,979 | Suturing device with tensioning adjustment member |
| 6,695,877 | Bifurcated Stents |
| 7,452,327 | Through the Scope Tension Member Release Clip |
| 7,494,461 | Through the Scope Tension Member Release Clip |
| 7,758,634 | Bifurcated stent and delivery system |
| 7,799,064 | Bifurcated stent and delivery system |
| D306,069 | Medical Syringe |

4