# EXHIBIT D1



# Unified
### Investigations & Sciences, Inc.

7311 Highway 329, #1102
Crestwood KY 40014
(502) 243-3110
Fax (502) 243-3810

**PRIVILEGED AND CONFIDENTIAL**

**ENGINEERING REPORT (Initial Draft)**

*October 4, 2011*

| | |
|---|---|
| PREPARED FOR: | Attorney Michael Black<br>Black, Duggans & Moss<br>2301 West Big Beaver Road, Suite 720<br>Troy Michigan 48084 |
| INSURED: | William Magee |
| DATE OF LOSS: | May 18, 2010 |
| LOSS LOCATION: | 6968 North Hamburg Road, Oldenburg, Indiana 47036 |
| POLICY NUMBER: | H6W8074450 |
| CLAIM NUMBER: | 14-00395350 |
| CASE NUMBER: | 3:11-cv-40-RLY-WGH |
| UIS FILE NUMBER: | KY011000717 |

I hereby certify that this engineering document was prepared by me and that I am a duly Licensed Professional Engineer under the laws of Indiana. This seal covers pages 1 through 5 of this document.

*William C. Mers Kelly, P.E.*    Date: 10/04/2011   License No. PE10708913
                                                    My license expires 07/31/2012

[Seal: WILLIAM MERS KELLY, REGISTERED No. 10708913, STATE OF INDIANA, PROFESSIONAL ENGINEER]

[Exhibit stamp: Mers Kelly, RSP ESQUIRE 2-5-12]

THIS REPORT FURNISHED AS PRIVILEGED AND CONFIDENTIAL TO ADDRESSEE. RELEASE TO ANY OTHER COMPANY, CONCERN OR INDIVIDUAL IS THE SOLE RESPONSIBILITY OF ADDRESSEE.

Insured: William Magee                                        October 4, 2011
UIS File #: KY011000717

## ASSIGNMENT

Mr. Steve Cottingham, Unified Investigations and Sciences Senior Investigator, requested my assistance on May 21, 2010. My instructions were to assist him in performing a joint scene examination with all interested parties and to collect all relevant evidence on June 2, 2010. Additional instructions to prepare this comprehensive report with exhibits were received September 19, 2011.

## EXHIBITS

1. 47 digital photographs with explanations
2. Pictures of a similar model refrigerator
3. LG & Sears Kenmore Refrigerator Recall, June 30, 2005
4. 1 DVD containing 508 Bulk Photographs taken during the exam at scene

## BACKGROUND

My knowledge of the circumstances regarding this loss at the time of this report was based on discussions with Mr. Steve Cottingham, Unified Investigations and Sciences Senior Investigator and discussions with Mr. William Magee the insured, Mr. Dan Meyer a neighbor, and other multi-party exam participants.

The involved structure was a 1 ½ story wood framed single family dwelling that faced mostly east with an attached 3 car garage on a concrete foundation with a partial basement and crawl space, asphalt shingle roof, and composite siding. The structure was constructed in 2004 with an underground electrical service and an above ground Liquefied Petroleum (LP) tank both entering the rear (west) side of the structure and both of which were in service at the time of this fire. The structure contained mostly electric appliances with the exception of an LP gas range top.

Mr. Magee lived by himself, was a non-smoker, and did not burn candles at the time of this fire. The morning of the fire, Mr. Magee got up about 4:00 AM EDT, put some clothes in the dryer, took a shower, got the clothes from the dryer, put the dishes in the dishwasher, and started it before leaving about 4:25 AM EDT to go to McDonalds to get something to eat. He turned off all of the lights and did not cook anything that morning before leaving.

Insured: William Magee                                                       October 4, 2011
UIS File #: KY011000717

It was dark and a neighbor Mr. Dan Meyer saw the fire from the road while on his way to work. He drove up to the structure about 5:30 AM EDT and made entry through the dining room door where he saw heavy smoke and flames in the direction of the kitchen area. He turned on the light and called for Mr. Magee. He was forced by the smoke to exit the structure. He then walked around the structure looking for Mr. Magee and left before the Fire Department arrived.

Mr. Magee arrived at the scene after the fire department was on the scene and the structure was fully involved.

## OBSERVATIONS / EVALUATION

Examination of the structure revealed heavy fire damage and collapse with the extreme localized damage in the area of the kitchen refrigerator **(Photos 001, 002, 003, 004, 005, 006, & 007)**. This extremely concentrated damage occurred with this refrigerator closely surrounded by drywall on three sides. Mr. Magee provided documentation that identified the refrigerator as a 25 cubic foot Sears Kenmore Elite Brand Trio model 79577549600 purchased and installed in October of 2006 from Sears as a replacement for the original refrigerator that had failed.

This refrigerator had a bottom freezer door with two side-by-side doors above and was surrounded on three sides by fully enclosed drywall walls. This refrigerator had extreme fire damage to the point that the steel enclosure and other remains had collapsed to a height of about 16 inches and less **(Photos 008, 009, 010, 011, 014, 021, 022, 023, 045, 046, & 047)**. The bottom freezer door front was found lying face down on a protected area of kitchen floor **(Photos 023, 024, 025, 026, 027, 028, 029, 030, 031, 032, 033, 034, 035, 036, 037, & 038)**. The above side-by-side doors were in the area above this door. Inspection of the area around and under the refrigerator revealed that a section of the subfloor under the refrigerator was totally consumed with the refrigerator metal base sitting on the exposed gravel crawl space surface **(Photos 039 & 040)**. Electrical conductor and component fragments consistent with those used in this type of refrigerator were found in and around this refrigerator. A few of these fragments exhibited damage consistent with electrical activity.

Damage to all other appliances was consistent with varying degrees of fire attack **(Photos 006, 009, 010, 012, 013, 015, 016, 017, 018, 019, & 020)**. There was no evidence of branch wiring or other competent ignition sources located under the floor under the refrigerator.

Insured: William Magee                                            October 4, 2011
UIS File #: KY011000717

## ANALYSIS

The extremely concentrated fire damage to this refrigerator relative to the other appliances, the degree of inward collapse, and the position of the doors was consistent with greater fire damage and fire emanating from inside this refrigerator and not external fire attack **(Photos 008, 009, 010, 011, 014, 021, 022, 023, 045, 046, & 047).**

The degree of fire consumption and damage to the internal components and the floor under the refrigerator were consistent with Mr. Cottingham's origin and cause determination. Some of the localized damage to this refrigerator was consistent with electrical activity indicating that this refrigerator was energized during the fire. This evidence further indicated that the initial fire occurred inside this refrigerator.

With the refrigerator closely surrounded on three sides by fully enclosed drywall partitions, external fire attack would have interrupted power to the refrigerator before the fire reached the internal components unless it occurred from the front. The lack of external damage to the bottom refrigerator door exterior and the floor in front eliminated the possibility of external fire attack from the front of this refrigerator. It also provided further evidence that fire emanated from within this refrigerator causing the door to fall forward **(Photos 023, 024, 025, 026, 027, 028, 029, 030, 031, 032, 033, 034, 035, 036, 037, & 038).**

The extreme extent of the fire damage and limited amount of inspection of this refrigerator during the June 2, 2010, scene examination prevented identification of the specific failure mode within this refrigerator at the time of this report.

## CONCLUSIONS

It is my professional opinion with a reasonable degree of engineering certainty based on the data available at the time of this report that:

1. This fire loss was caused by a failure within the involved Sears Kenmore Elite Brand Trio refrigerator.

2. This failure resulted in the ignition and consumption of the combustible internal components of this refrigerator.

Insured: William Magee  October 4, 2011
UIS File #: KY011000717

**COMMENTS**

The requested scope of this inquiry is complete with the formal submittal of this report. Digital photographs, photographs with descriptions, research data, and diagrams generated during the course of this examination have been included in and/or enclosed with this report.

This report supplements Mr. Steve Cottingham's Origin and Cause Report for this fire, and was based upon information available at the time the report was written. The right to amend this report if additional information becomes available is hereby reserved.

The evidence secured was being maintained at Unified Investigation and Sciences Indianapolis Service Center pending disposition notice.

William C. Mers Kelly, P.E.
Forensic Engineer
Unified Investigations & Sciences, Inc.
(502) 243-3110

**EXHIBIT 1**

# Unified Investigations & Sciences, Inc.

Insured : **William Magee**  UIS File # : **KY011000717**



Photograph #

001

View of the east (front) of the structure



Photograph #

002

View of the south side of the structure

1 of 27

**EXHIBIT 1**

# Unified Investigations & Sciences, Inc.

| Insured : | William Magee | UIS File # : | KY011000717 |



Photograph # 003

View of the west (rear) of the structure



Photograph # 004

View looking west from the front porch

**EXHIBIT 1**

# Unified Investigations & Sciences, Inc.

Insured : **William Magee**  UIS File # : **KY011000717**



Photograph #

005

View of the involved refrigerator



Photograph #

006

View of the kitchen facing east towards the front porch

**EXHIBIT 1**

## Unified Investigations & Sciences, Inc.

Insured : __William Magee__    UIS File # : __KY011000717__



Photograph #

007

View facing north

4 of 27

**EXHIBIT 1**

# Unified Investigations & Sciences, Inc.

Insured :     William Magee     UIS File # :     KY011000717



Photograph #

008

View of the involved refrigerator looking down

**EXHIBIT 1**

## Unified Investigations & Sciences, Inc.

Insured :     William Magee     UIS File # :     KY011000717



Photograph # 009

View of the kitchen



Photograph # 010

View of the involved refrigerator

6 of 27

**EXHIBIT 1**

## Unified Investigations & Sciences, Inc.

Insured :     William Magee     UIS File # :     KY011000717



**Photograph #**

011

Close up view of the involved refrigerator



**Photograph #**

012

View of the microwave oven near the involved refrigerator

7 of 27

**EXHIBIT 1**

## Unified Investigations & Sciences, Inc.

Insured :     **William Magee**     UIS File # :     **KY011000717**



Photograph #

013

View of the microwave oven & LP range top near the involved refrigerator