**EXHIBIT D2**

**EXHIBIT 1**

## Unified Investigations & Sciences, Inc.

| Insured : | William Magee | UIS File # : | KY011000717 |



Photograph # 014

View looking down on the involved refrigerator



Photograph # 015

View of the microwave oven

**EXHIBIT 1**

# Unified Investigations & Sciences, Inc.

Insured : William Magee     UIS File # : KY011000717



Photograph # 016

View of the microwave oven



Photograph # 017

View of the dishwasher

10 of 27

**EXHIBIT 1**

# Unified Investigations & Sciences, Inc.

Insured : William Magee    UIS File # : KY011000717



Photograph # 018

View of the dishwasher



Photograph # 019

View of the dishwasher

11 of 27

**EXHIBIT 1**

# Unified Investigations & Sciences, Inc.

Insured : __William Magee__  UIS File # : __KY011000717__



Photograph #

__020__

View of the dishwasher

**EXHIBIT 1**

## Unified Investigations & Sciences, Inc.

Insured :     William Magee     UIS File # :     KY011000717



Photograph #

021

View of the involved refrigerator

13 of 27

**EXHIBIT 1**

## Unified Investigations & Sciences, Inc.

Insured :     William Magee     UIS File # :     KY011000717



Photograph #    022

Close-up view of the involved refrigerator



Photograph #    023

View of the involved refrigerator

14 of 27

**EXHIBIT 1**

## Unified Investigations & Sciences, Inc.

Insured: __William Magee__  UIS File # : __KY011000717__



Photograph # 024

View of the involved refrigerator bottom door



Photograph # 025

View of the involved refrigerator bottom door

**EXHIBIT 1**

## Unified Investigations & Sciences, Inc.

Insured: William Magee    UIS File # : KY011000717



Photograph # 026

View of the involved refrigerator bottom door



Photograph # 027

View of the floor under the involved refrigerator bottom door

16 of 27

**EXHIBIT 1**

# Unified Investigations & Sciences, Inc.

| Insured : | William Magee | UIS File # : | KY011000717 |



Photograph # 028

View of the floor under the involved refrigerator bottom door



Photograph # 029

Close-up view of the floor under the involved refrigerator bottom door

17 of 27

**EXHIBIT 1**

## Unified Investigations & Sciences, Inc.

Insured :     William Magee     UIS File # :     KY011000717



Photograph # 030

Close-up view of the floor under the involved refrigerator bottom door



Photograph # 031

Close-up view of the floor under the involved refrigerator bottom door

**EXHIBIT 1**

# Unified Investigations & Sciences, Inc.

Insured :     __William Magee__          UIS File # :     __KY011000717__



**Photograph #**

032

Close-up view of the floor under the involved refrigerator bottom door



**Photograph #**

033

View of the floor under the involved refrigerator bottom door

**EXHIBIT 1**

## Unified Investigations & Sciences, Inc.

Insured :  **William Magee**          UIS File # :  **KY011000717**



Photograph # 034

Close-up view of the floor under the involved refrigerator bottom door



Photograph # 035

Close-up view of the floor under the involved refrigerator bottom door

20 of 27

**EXHIBIT 1**

## Unified Investigations & Sciences, Inc.

Insured :  William Magee            UIS File # :   KY011000717



**Photograph #**

036

Close-up view of the floor under the involved refrigerator bottom door



**Photograph #**

037

Close-up view of the floor under the involved refrigerator bottom door

21 of 27

**EXHIBIT 1**

## Unified Investigations & Sciences, Inc.

Insured :  William Magee          UIS File # :   KY011000717



**Photograph #**

038

View of the floor under the involved refrigerator bottom door



Floor completely consumed in this area under the involved refrigerator in this area of exposed gravel

Unconsumed portions of the floor protected by door

**Photograph #**

039

View of the area under the involved refrigerator

22 of 27

**EXHIBIT 1**

## Unified Investigations & Sciences, Inc.

Insured :      William Magee      UIS File # :    KY011000717



Photograph #

040

Close-up view of the area under the involved refrigerator

23 of 27

**EXHIBIT 1**

# Unified Investigations & Sciences, Inc.

Insured : __William Magee__     UIS File # : __KY011000717__



Photograph #

041

Close-up view of a section of the floor in front of the involved refrigerator

**EXHIBIT 1**

## Unified Investigations & Sciences, Inc.

Insured :      William Magee      UIS File # :     KY011000717



**Photograph #**

042

Close-up view of a section of the floor in front of the involved refrigerator



**Photograph #**

043

Close-up view of a section of the floor in front of the involved refrigerator

**EXHIBIT 1**

# Unified Investigations & Sciences, Inc.

| Insured : | William Magee | UIS File # : | KY011000717 |



**Photograph #**

044

Close-up view of a section of the floor in front of the involved refrigerator



**Photograph #**

045

View of the involved refrigerator rear

26 of 27

**EXHIBIT 1**

# Unified Investigations & Sciences, Inc.

Insured : __William Magee__   UIS File # :   __KY011000717__



Photograph # 046

View of the involved refrigerator side



Photograph # 047

View of the involved refrigerator rear

27 of 27